<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

April 28, 2015

From: United States Bankruptcy Court, District of Connecticut

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Glen F. Zaczkowski, Case Number 15-50010, ahws

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Bridgeport
915 Lafayette Blvd
Bridgeport, CT 06604</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Gree Tree Mortgage
PO Box 6172
Bovey, MN 55709

THE UPDATED ADDRESS IS:

*Green Tree Mortgage*
*P.O. Box 6172*
*Rapid City, SD 57709-6172*

_____    _5/18/15_
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

*Keeping Green Tree Mortgage —*
*This is not in bankruptcy —*
*I will continue to pay.*

1

059815    2190705987401 7